

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

April 11, 2012

HAND DELIVERY

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 15B
New York, New York 10007-1312

Re: <u>*United States v. Apple, Inc.* et al., No. 12-CV-2826</u>

Dear Judge Cote:

    We write on behalf of the United States to submit two courtesy copies of the following documents filed today regarding the above-referenced case:

       1. Complaint
       2. Stipulation and Proposed Final Judgment
       3. Competitive Impact Statement
       4. Plaintiff United States' Explanation of Consent Decree Procedures

    Please note that these filings reflect that the United States has reached a settlement with Defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C., and Simon & Schuster, Inc., and that the United States will proceed to litigate this case against the remaining named Defendants.

    The procedure for settlement is set forth in the attached Explanation of Consent Decree Procedures. Pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)–(h) (the "Tunney Act"), members of the public have an opportunity to comment on the proposed antitrust settlement before it is entered by the Court. During the comment period, the United States will publish its proposed Final Judgment and Competitive Impact Statement in the Federal Register. When the requirements of the Tunney Act have been satisfied, the United States will promptly file a motion for entry of the proposed Final Judgment.

    We thank the Court for its consideration of this matter.

Respectfully,

s/ Daniel McCuaig
Daniel McCuaig
Nathan P. Sutton
Mary Beth McGee
Owen M. Kendler
William H. Jones
Stephen T. Fairchild

Attorneys for the United States

cc: All Defendants' counsel