UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>APPLE, INC., *et al.*,<br><br>                Defendants. | 12-CV-2826 (DLC) |

## CORPORATE DISCLOSURE STATEMENT

       Defendant Hachette Book Group, Inc. pursuant to Fed. R. Civ. P. 7.1, states that Hachette Book Group, Inc. is a wholly-owned subsidiary of Hachette Livre USA, Inc.; Hachette Livre USA, Inc. is a wholly-owned subsidiary of Lagardere North America Inc.; Lagardere North America Inc. is a wholly-owned subsidiary of Hachette SAS; and Hachette SAS is a wholly-owned subsidiary of Lagardere SCA, which is traded on the Paris stock exchange.

Dated:  New York, New York
           April 20, 2012

Freshfields Bruckhaus Deringer US LLP
By:   /s/ Walter B. Stuart_____
       Walter B. Stuart

Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
New York, New York 10022
212-277-4000 (Telephone)
212-277-4001 (Facsimile)
walter.stuart@freshfields.com

*Attorney for Defendant Hachette Book Group, Inc.*