David N. Wynn (DW 8660)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Tel. 212.484.3900
Fax 212.484.3990
*Attorneys for Proposed Amicus Curiae*
AMERICAN BOOKSELLERS ASSOCIATION AND
BARNES & NOBLE, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>APPLE, INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS L.L.C.; VERLAGSGRUPPE GEORG VON HOLTZBRINCK GMBH; HOLTZBRINCK PUBLISHERS, LLC d/b/a/ MACMILLAN; THE PENGUIN GROUP, A DIVISION OF PEARSON PLC; PENGUIN GROUP (USA), INC.; and SIMON & SCHUSTER, INC.,<br><br>            Defendants. | Civil Action No. 1:12-CV-2826<br><br>**MOTION OF AMERICAN BOOKSELLERS ASSOCIATION AND BARNES & NOBLE, INC. FOR LEAVE TO FILE** ***AMICI CURIAE*** **RESPONSES TO THE U.S. DEPARTMENT OF JUSTICE TUNNEY ACT FILINGS** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of David N. Wynn, dated July 31, 2012, the exhibits thereto, and the Memorandum of Law in Support of Motion, Proposed *Amici Curiae* American Booksellers Association ("ABA") and Barnes & Noble, Inc. ("Barnes & Noble") hereby move this Court, before the Honorable Denise L. Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, for

an order permitting ABA and Barnes & Noble to file and serve Responses of *Amici Curiae* to the U.S. Department of Justice's ("DOJ's") July 23, 2012 Response to Public Comments and its August 3, 2012 motion to enter the Proposed Final Judgment, and to participate in any hearing on the DOJ's motion, together with such other and further relief as the Court may deem just, proper and equitable.

Dated:  July 31, 2012                                              Respectfully submitted,

By:   /s/ David N. Wynn
      DAVID N. WYNN, ESQ. (DW 8660)
**ARENT FOX LLP**
1675 Broadway
New York, NY 10019-5820
Tel. 212.484.3920
Fax 212.484.3990

DEANNE OTTAVIANO, ESQ.
**ARENT FOX LLP**
1050 Connecticut Avenue NW
Washington, DC  20036
Tel. 202.857.6000
Fax 202.857.6395

STEPHEN G. LARSON, ESQ.
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Tel. 213.629.7400
Fax 213.629.7401

*Counsel to AMERICAN BOOKSELLERS ASSOCIATION AND BARNES & NOBLE, INC.*

        GENE DEFELICE
         VICE PRESIDENT, GENERAL COUNSEL &
        SECRETARY
        BRADLEY A. FEUER
         VICE PRESIDENT, ASSISTANT GENERAL
        COUNSEL
        **BARNES & NOBLE, INC.**
        122 Fifth Avenue
        New York, NY 10011

        *Counsel to BARNES & NOBLE, INC.*