UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

                    Plaintiff,

      -against-                                    12 cv 2826 (DLC)

Apple, Inc.                                          MOTION FOR ADMISSION
                                                        PRO HAC VICE

                    Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Steven Brower of Buchalter Nemer**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

**Pro Bono Counsel for Proposed Amicus Bob Kohn** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

**California** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 8/12/12

                                                   Respectfully Submitted,

                                                 Applicant Signature

                                                 Applicant's Name: Steven Brower

                                                 Firm Name: Buchalter Nemer

                                                 Address: 18400 Von Karman, Suite 800

                                                 City / State / Zip: Irvine, California 92612

                                                 Telephone / Fax: Phone (714) 549-5150  Fax (949) 224-6410

                                                 E-Mail: sbrower@buchalter.com