# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE, INC., )<br>HACHETTE BOOK GROUP, INC., )<br>HARPERCOLLINS PUBLISHERS, L.L.C. )<br>VERLAGSGRUPPE GEORG VON )<br>HOLTZBRINK PUBLISHERS, LLC )<br>    d/b/a MACMILLAN, )<br>THE PENGUIN GROUP, )<br>    A DIVISION OF PEARSON PLC, )<br>PENGUIN GROUP (USA), INC. and )<br>SIMON & SCHUSTER, INC., )<br>)<br>Defendants. ) | Civil Action No.12-CV-2826 (DLC) |

**BRIEF OF BOB KOHN AS *AMICUS CURIAE*** [*]

---

[*] Five-page version of Proposed Brief *Amicus Curiae* at Docket No. 97.

TABLE OF AUTHORITIES

**Cases**

*Barry Wright Corp. v. ITT Grinnell Corp.*, 724 F.2d 227, 231-33 (1st Cir. 1983)..........................................3
*Broadcast Music, Inc. v. CBS*, 441 U.S. 1, 8-12, 21, fn 34 (1979) ......................................................2, 3, 5
*Broadcast Music, Inc. v. Moor-Law, Inc.*, 527 F.Supp. 758, 763-5 (D. Del. 1981) ...................................2
*CBS v. ASCAP*, 337 F.Supp. 394 (S.D.N.Y. 1972)......................................................................................5
*CBS v. ASCAP*, 400 F.Supp. 737, 755-56, 760-61, 765 (S.D.N.Y. 1975) .................................................5
*CBS v. ASCAP*, 562 F.2d 130, 134-40 (2d Cir. 1977)................................................................................5
*CBS v. ASCAP*, 620 F.2d 930 (2d Cir. 1980), *cert. denied* 450 U.S. 970 (1981) ......................................5
*FTC v. Indiana Fed'n of Dentists*, 476 U.S. 457, 459 (1986)..................................................................2, 5
*Northeastern Telephone v. AT&T*, 651 F.2d 76, 87-9 (2d Cir. 1981), cert. denied, 455 U.S. 943 (1982)..3, 4
*Todd v. Exxon Corp.*, 275 F.3d 191, 201 (2d Cir. 2001)..............................................................................3
*United States v. Keyspan Corp.*, 783 F. Supp.2d 633, 637 (S.D.N.Y. 2011)......................................1, 4, 5

**Statutes**

*Copyright Act*, 17 U.S.C. §101, et. seq. .....................................................................................................1
*Sherman Act*, 15 U.S.C. §2 .........................................................................................................................4
*Tunney Act,* 15 U.S.C.§16(f)........................................................................................................................3

**Rules**

*Antitrust Guidelines for Licensing of Intellectual Property, §§2.3, 2.3.1, 3.2.1, 3.4, 4.1* (DOJ/FTC 1995)1, 2
*Horizontal Merger Guidelines, §§2.2.3, 4, 12 (DOJ/FTC 2010)* .................................................................2

**Articles & Treatises**

John Cirace, *CBS v. ASCAP: An Economic Analysis of a Political Problem*, 47 FORDHAM L. REV. 277, 293-94 (1978-79) ...............................................................................................................2, 3, 5
Philip E. Areeda & Donald F. Turner, *Predatory Pricing and Related Practices Under Section 2 of the Sherman Act*, 88 HARV. L. REV. 697, 712 (1975)................................................................................4
Richard S. Wirtz, *Rethinking Price-Fixing*, 20 INDIANA L. REV. 531, 627 (1987) ..........................................4
Christopher R. Leshe, *Achieving Efficiency Through Collusion: A Market Failure Defense to Horizontal Price Fixing*, 81 CALIFORNIA LAW REV. 243, 267-272 (1993)................................................................4
Roger D. Blair & Jeffrey L. Harrison, *Antitrust Policy and Monopsony*, 76 CORNELL LAW REV. 297, 308 (1991).....................................................................................................................................................3

**Court Documents & Public Comments**

Comments of Bob Kohn, ATC-0143 (May 30, 2012) ...................................................................................1
Complaint, 12-02826 (DLC), Docket No. 1 (April 11, 2012) ......................................................................3
Competitive Impact Statement, 12-02826 (DLC), Docket No. 5 (April 11, 2012) .....................................3
Proposed Final Judgment 12-02826 (DLC), Docket No. 4 (April 11, 2012)..............................................5
DOJ Response to Public Comments, 12-02826, Docket No. 81 (July 23, 2012) .....................................3,4
Memorandum & Proposed Brief Amicus Curiae of Bob Kohn, Docket No.97 (August 13, 2012)…….…..i



























Dated: September 4, 2012        Respectfully submitted,

_____
BOB KOHN

BOB KOHN
(California Bar No. 100793)
140 E. 28th St.
New York, NY 10016
+1-408-602-5646
bob@bobkohn.com