IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE, INC., )<br>HACHETTE BOOK GROUP, INC., )<br>HARPERCOLLINS PUBLISHERS, L.L.C. )<br>VERLAGSGRUPPE GEORG VON )<br>HOLTZBRINK PUBLISHERS, LLC )<br>    d/b/a MACMILLAN, )<br>THE PENGUIN GROUP, )<br>    A DIVISION OF PEARSON PLC, )<br>PENGUIN GROUP (USA), INC. and )<br>SIMON & SCHUSTER, INC., )<br>)<br>Defendants. )<br>) | Civil Action No.12-CV-2826 (DLC) |

**MEMORANDUM OF LAW IN REPLY TO OPPOSITION OF THE UNITED STATES
TO MOTION BY BOB KOHN FOR LEAVE TO INTERVENE
FOR THE SOLE PURPOSE OF APPEAL**

# Table of Authorities

### Cases

*Broadcast Music v. CBS*, 441 U.S. 1 (1979) ........................................................................... 3
*Buckeye Coal & Ry.Co. v. Hocking Valley Ry. Co.*, 269 U.S. 42, 49 (1925) .......................... 5
*Country Squire Assocs. v.Rochester Comm.Sav. Bank, Inc.*, 203 B.R.182, 183 (2d Cir. BAP 1996) .......... 7
*Flying J Inc. v. Van Hollen*, 578 F.3d 569 (7th Cir. 2009) ................................................. 4,5,7
*FTC. v. Indiana Fed'n of Dentists*, 476 U.S. 447, 459 (1986), ............................................... 3
*Leegin Creative Leather Products, Inc. v. PSKS, Inc.*, 551 U.S.877 (2007) ............................ 3
*Mass. Sch of Law at Andover, Inc. v. United States ("MSL")*, 118 F.3d 776 (D.C. Cir. 1997) ........... 2,3,4,5
*Massachusetts v. Microsoft Corp.*, 373 F.3d 1199, 1234-36 (D.C. Cir. 2004) ...................... 4,5,7
*McCarthy v. Kleindienst*, 741 F.2d 1406 (D.C.Cir. 1984) ...................................................... 4
*NCAA v. Board of Regents*, 468 U.S. 85 (1984) ...................................................................... 3
*Northeastern Telephone v. AT&T*, 651 F.2d 76, 87-9 (2d Cir. 1981) ...................................... 3
*Northwest Wholesale Stationers v. Pacific Stationery & Printing Co.*, 472 U.S. 284 (1985) .......... 3
*NYNEX Corp. v. Discon, Inc.*, 525 U.S. 128 (1998) ................................................................ 3
*SEC* v. *United States Realty & Improvement Co.,* 310 U. S. 434, 459 (1940) ........................... 4
*United States v. American Tel. & Tel. Co.*, 642 F.2d 1287, 1290-94 (D.D.C. 1982) ............... 1,6
*United States v. American Tel. & Tel. Co.*, 552 F.Supp. 131 (D.D.C. 1982) ............................ 1
*United States v. Keyspan Corp.*, 783 F. Supp.2d 633 (S.D.N.Y. 2011) ..................................... 3
*United States v. LTV Corp.*, 746 F.2d 51 (D.C.Cir. 1984) ..................................................... 1,2
*United States v. Socony-Vacuum Oil Co.* v., 310 U. S. 150 (1940) .......................................... 3
*United States v. Thomson Corp.*, 1997-1 Trade Cas. (CCH) ¶71,735, 1997 U.S. Dist. LEXIS 1893 at *15 (D.C.C. February 27, 1997) ................................................................................................ 2,7

### Statutes

Sherman Act, 15 U.S.C. §2 ......................................................................................................... 3
Tunney Act, 15 U.S.C. §16(f)(3) ................................................................................................ 4

### Rules

ANTITRUST GUIDELINES FOR THE LICENSING OF INTELLECTUAL PROPERTY (DOJ/FTC 1995) ................... 3
Federal Rules of Civil Procedure, Rule 24 ........................................................................ passim

### Articles & Treatises

Al Kohn & Bob Kohn, KOHN ON MUSIC LICENSING (Wolters Kluwer, 4th Edition 2010) ................ 2
Scott McCloud, UNDERSTANDING COMICS (HarperCollins, 1993) ............................................. 2

**Court Documents** *

*Amicus Brief of Bob Kohn*, 12-cv-2826, Docket No. 110 (September 4, 2012) ............................................ 2
*Amicus Brief of Bob Kohn (proposed)*, 12-cv-2826, Docket No. 97 (August 13, 2012) .............................. 2
Competitive Impact Statement, 12-cv-02826, Docket No. 5 (April 11, 2012) .............................................. 3
Letter from Bob Kohn to Judge Cote, 12-cv-2826, Docket No. 122 (September 12, 2012) ......................... 3
Memo in Support of Kohn Motion to Intervene, 12-cv-2826, Docket No. 115 (September 7, 2012) .......... 3
Opinion & Order re: Amicus Participation, 12-cv-02826, Docket No. 108 (August 28, 2012) ................... 2
Opinion & Order re: Final Judgment, 12-cv-2826, Docket No. 113 (September 5, 2012) ........................... 3
Opinion & Order re: Stay & Intervention, 12-cv-2826, Docket No. 121 (September 10, 2012) .................. 1
Opp'n of U.S. to Kohn Motion to Intervene, 12-cv-02826, Docket No. 127 (September 17, 2012) ... passim

 * The Court's Docket is available at http://dockets.justia.com/docket/new-york/nysdce/1:2012cv02826/394628/.



1













































Dated: September 20, 2012                    Respectfully submitted,

_____
BOB KOHN

BOB KOHN
(California Bar No. 100793)
140 E. 28th St.
New York, NY 10016
+1-408-602-5646
bob@bobkohn.com

              /s/ Steven Brower
By: _____
    STEVEN BROWER [PRO HAC]
California Bar No. 93568
BUCHALTER NEMER
18400 Von Karman Ave., Suite 800
Irvine, California 92612-0514
Tel: +1.714.549.5150
Fax:  +1.949.224.6410
Email: sbrower@buchalter.com

*Pro Bono Counsel* to Bob Kohn