

POETS.org
FROM THE ACADEMY OF AMERICAN POETS

View Cart | Log In

Go ▶

Subscribe | More Info

Go ▶

▸ POETS & POETRY    ▸ POETRY STORE    ▸ ABOUT US    ▸ POETRY NEAR YOU    ▸ FOR EDUCATORS    ▸ DONATE

**Find a Poem or Poet**

Go ▶
Go ▶
Advanced Search >

**ABOUT THE AUTHOR**

Emily Dickinson

Born in 1830 in Massachusetts, Emily Dickinson lived in almost total physical isolation from the outside world and is now linked with Walt Whitman as founders of a unique American poetic voice…
More >

**FURTHER READING**

■ Poems about Reading

After Reading Lao Tzu
by Amy Newlove Schroeder

Book Loaned to Tom Andrews
by Bobby C. Rogers

Books
by Gerald Stern

Burning of the Three Fires
by Jeanne Marie Beaumont

Forgetfulness
by Billy Collins

Hans Reading, Hans Smoking
by Liam Rector

How to Read a Poem: Beginner's Manual
by Pamela Spiro Wagner

Learning to Read
by Frances Ellen Watkins Harper

Light By Which I Read
by Eric Pankey

Love For This Book
by Pablo Neruda

My First Memory (of Librarians)
by Nikki Giovanni

One Train May Hide Another
by Kenneth Koch

Passerby, These are Words
by Yves Bonnefoy

Reading *Moby-Dick* at

Adopt a Poet | Add to Notebook | E-mail to Friend | Print

## There is no frigate like a book (1263)

by Emily Dickinson

There is no Frigate like a Book
To take us Lands away,
Nor any Coursers like a Page
Of prancing Poetry –
This Traverse may the poorest take
Without oppress of Toll –
How frugal is the Chariot
That bears a Human soul.

Share    Digg    StumbleUpon    Facebook    E-mail to Friend

Cited in US v Apple Inc
12Civ2826 Decided 9/5/12
Archived on 9/10/12
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Share your insights!**

Take a brief survey to help us improve Poets.org.

Get Started

**30,000 Feet**
by Tony Hoagland

**Reading Novalis in Montana**
by Melissa Kwasny

**Shawl**
by Albert Goldbarth

**Stet Stet Stet**
by Ange Mlinko

**The Author to Her Book**
by Anne Bradstreet

**The Land of Story-books**
by Robert Louis Stevenson

**The Reader**
by Richard Wilbur

**The Secret**
by Denise Levertov

**To the Reader**
by Jena Osman

**To the Reader: If You Asked Me**
by Chase Twichell

**Untitled [I closed the book and changed my life]**
by Bruce Smith

**Why I Am Afraid of Turning the Page**
by Cate Marvin

**You Begin**
by Margaret Atwood

Larger Type | Home | Help | Contact Us | Privacy Policy

Copyright © 1997 - 2012 by Academy of American Poets.

Cited in US v Apple Inc
12Civ2826 Decided 9/5/12
Archived on 9/10/12
This document is protected by copyright.
Further reproduction is prohibited without permission.