UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :      12 Civ. 2826 (DLC)
                        Plaintiff,      :
                -v-                     :      ORDER
                                        :
APPLE, INC., et al.,                    :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    Pursuant to a June 25, 2012 Scheduling Order, a trial as to the non-settling defendants in this case is scheduled to begin on June 3, 2013. By letter of October 17, plaintiff the United States of America (the "Government") requested a three-month extension for fact and expert discovery and asked that other related deadlines be extended accordingly. Having reviewed the Government's submission and defendant Apple's October 18 letter in response, it is hereby

    ORDERED that all non-settling parties shall confer with respect to a deposition schedule that would permit the June 3 trial to proceed as scheduled. The parties shall provide a joint submission reflecting this proposed schedule to the Court no later than **noon** on **October 25, 2012.**

2

IT IS FURTHER ORDERED that a teleconference will be held on **October 26, 2012** at **11:00am.**

SO ORDERED:

Dated:   New York, New York
         October 19, 2012

_____
DENISE COTE
United States District Judge