```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                    Plaintiff,          :   12 Civ. 2826 (DLC)
        -v-                             :
                                        :       ORDER
APPLE, INC., et al.,                    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Plaintiff the United States of America (the "Government") having filed today a (1) Stipulation concerning entry of a proposed final judgment as to defendants Verlagsgruppe Georg von Holtzbrinck GmbH and Holtzbrinck Publishers, LLC d/b/a Macmillan ("Proposed Final Judgment") after compliance with the APPA; and (2) Competitive Impact Statement, it is hereby

ORDERED that the Government shall submit by **February 15, 2013** a proposed schedule to govern any motion with respect to the Proposed Final Judgment.

SO ORDERED:

Dated:   New York, New York
         February 8, 2013

                              _____
                                     DENISE COTE
                              United States District Judge