```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                    Plaintiff,          :   12 Civ. 2826 (DLC)
         -v-                            :
                                        :
APPLE, INC., et al.,                    :
                                        :
                    Defendants.         :      ORDER
                                        :
----------------------------------------X
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :
                    Plaintiffs,         :   12 Civ. 3394 (DLC)
         -v-                            :
                                        :
PENQUIN GROUP (USA) INC., et al.,       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 15, 2013, the Court ordered that third parties seeking redaction of either documents or deposition excerpts which the parties are offering as evidence in their direct cases at trial must make any application by May 8.  By letters dated May 3 and May 6, respectively, non-parties Google Inc. and Amazon.com, Inc. request an extension of the May 8 deadline and clarification of the non-parties' obligations pursuant to the April 15 order.  It is hereby

ORDERED that a teleconference to discuss these issues will be held on **May 8, 2013** at **3:30 p.m.**

IT IS FURTHER ORDERED that the May 8 deadline for redaction requests is extended <u>sine die</u>.

IT IS FURTHER ORDERED that coordinating counsel for the parties shall notify any non-parties affected by this Order of the May 8 teleconference.

Counsel representing parties in any related litigation may also participate in this teleconference.

SO ORDERED:

Dated:   New York, New York
         May 7, 2013

_____
DENISE COTE
United States District Judge