# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com





May 10, 2013

**MEMO ENDORSED**

VIA ELECTRONIC MAIL

The Honorable Denise L. Cote
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re: *United States v. Apple Inc.*, 12 Civ. 2826 (DLC), *Texas v. Penguin Group (USA) Inc.*, 12 Civ. 3394 (DLC)

Dear Judge Cote:

We represent Apple. Earlier this week, in response to our request, Your Honor kindly agreed to move the final pre-trial conference in the above-captioned matters to Thursday, May 23, at 2:30 p.m. if all parties consented. All parties have graciously consented to the new date and time.

We look forward to seeing the Court on May 23, and again appreciate Your Honor's flexibility.

Respectfully submitted,

Orin Snyder

cc: All Counsel

So ordered.
Denise Cote
May 10, 2013

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.