# Joint Pretrial Order

## No. 12-cv-2826 (DLC)/No. 12-cv-3394 (DLC)

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF CASE |
| THE STATE OF TEXAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PENGUIN GROUP (USA) INC., et al.,<br><br>Defendants. | No. 12-cv-03394 (DLC)<br>ECF CASE |

## STIPULATION OF FACT

The parties, by their undersigned counsel, hereby stipulate and agree as follows:

1. As of April 3, 2010, or shortly thereafter, Penguin sold trade e-books, through its agents, to consumers in each of the Plaintiff States.

Stipulated and Agreed this 25 day of April, 2013.

By: _____
Gabriel Gervey
David Ashton
Eric Lipman (EL.6300)
Assistant Attorneys General
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-1262
Fax: 512-320-0975
Gabriel.Gervey@texasattorneygeneral.gov

**Attorneys for the State of Texas**
*On Behalf of the Plaintiff States*

By: /s/
W. Joseph Nielsen
Gary M. Becker (GB8259)
Assistant Attorneys General
Office of the Attorney General of
Connecticut
55 Elm Street
Hartford, CT 06106
(860) 808-5040
Joseph.Nielsen@ct.gov

**Attorneys for the State of Connecticut**
*On Behalf of the Plaintiff States*

By: /s/
Daniel Ferrel McInnis
Larry E. Tanenbaum
David A. Donohoe
Allison Sheedy
Carolyn Perez
Gregory Granitto
Mollie McGowan Lemberg
Akin Gump Strauss Hauer & Feld, LP
1333 New Hampshire Ave., NW
Washington, DC 20036
(202) 887-4000
dmcinnis@akingump.com

*On behalf of Defendant Penguin Group (USA), Inc.*

By: /s/
Orin Snyder
Lisa H. Rubin
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 47th Floor
New York, NY 10166
(212) 351-4000
osnyder@gibsondunn.com

*On behalf of Defendant Apple, Inc.*

2