# Joint Pretrial Order

## No. 12-cv-2826 (DLC)/No. 12-cv-3394 (DLC)

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------X
                         :

IN RE: ELECTRONICS BOOKS         :    Civil Action No. 11-md-02293 (DLC)
ANTITRUST LITIGATION          :

------------------------------------------------X
------------------------------------------------X
United States of America       :

        Plaintiff,        :

            v.         :    Civil Action No. 12-cv-02826 (DLC)

Apple Inc., et al.           :

        Defendants.    :

------------------------------------------------X
------------------------------------------------X
The State of Texas, et al.,     :

        Plaintiffs,      :

            v.        :    Civil Action No. 12-cv-03394 (DLC)

Penguin Group (USA), Inc., et al.,  :

        Defendants.    :

------------------------------------------------X

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Class Plaintiffs; plaintiff United States of America; Plaintiff States; defendants Apple Inc., Penguin Group (USA), Inc., HarperCollins Publishers L.L.C., Hachette Book Group, Inc., Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc. (collectively, the "Parties"); and non-party Walter Isaacson ("Isaacson"):

1.     Class Plaintiffs have directed two subpoenas to non-party Isaacson:  a document subpoena dated May 23, 2012, and a deposition subpoena dated February 6, 2013 (together, the "Subpoenas").

2.     Class Plaintiffs will withdraw the Subpoenas.

3.     Isaacson will provide the Parties with a declaration, pursuant to 28 U.S.C. § 1746 (the "Declaration"), verifying that the published statements attributed to Steve Jobs that appear on pages 503 and 504 of the biography, *Steve Jobs*, published in 2011 (the "Statements"), accurately reflect statements made by Steve Jobs.

4.     Based on the Declaration, the Parties agree to the authenticity of the Statements.

5.     Should the Statements be offered in evidence in this action, none of the Parties will challenge the authenticity of the Statements, including that they were taken out of context or are incomplete.

6.     The Parties expressly reserve any and all other arguments concerning the admissibility of the Statements, including any challenges to the Statements as hearsay.

7.     This stipulation may be executed in counterparts and facsimile or PDF copies of the signature pages of this stipulation are deemed as originals for the purposes of any filing or judicial endorsement.

Dated: February 25, 2013

By: _____    By: _____

Elizabeth A. McNamara
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340
lizmcnamara@dwt.com

*Attorneys for Non-Party Walter Isaacson*

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jeff@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 330
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Class Plaintiffs*

By: _____

Mark W. Ryan
Lawrence E. Buterman
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 4000
Washington, DC 20530
(202) 532-4753
Mark.W.Ryan@usdoj.gov

*Attorneys for Plaintiff United States of
America*

By: _____

Orin Snyder
Lisa H. Rubin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-2400
Facsimile: (212) 716-0790
osnyder@gibsondunn.com
lrubin@gibsondunn.com

Daniel F. Floyd
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
dfloyd@gibsondunn.com
dswanson@gibsondunn.com

*Attorneys for Defendant Apple Inc.*

DWT 21247834v3 3901014-000659

By: _____

Gabriel R. Gervey
David M. Ashton
Eric Lipman
Texas Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1262
gabriel.gervey@texasattorneygeneral.gov

*Attorneys for the State of Texas*

*On Behalf of the Plaintiff States*

By: _____

W. Joseph Nielsen
Gary M. Becker
Connecticut Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141-0120
(860) 808-5040
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov

*Attorneys for the State of Connecticut*

*On Behalf of the Plaintiff States*

By: _____

Daniel F. McInnis
Larry E. Tanenbaum
AKIN GUMP STRAUSS HAUER & FELD, LLP
133 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dmcinnis@akingump.com
ltanenbaum@akingump.com

*Attorneys for Defendant Penguin Group (USA),*
*Inc.*

By: _____

C. Scott Lent
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
(212) 715-1784
scott.lent@aporter.com

Shepard Goldfein
Clifford H. Aronson
Paul M. Eckles
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
shepard.goldfein@skadden.com
clifford.aronson@skadden.com
paul.eckles@skadden.com

*Attorneys for Defendant HarperCollins*
*Publishers L.L.C.*

4

By: _____

Gabriel R. Gervey
David M. Ashton
Eric Lipman
Texas Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1262
gabriel.gervey@texasattorneygeneral.gov

*Attorneys for the State of Texas*

*On Behalf of the Plaintiff States*

By: *W. Joseph Nielsen*

W. Joseph Nielsen
Gary M. Becker
Connecticut Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141-0120
(860) 808-5040
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov

*Attorneys for the State of Connecticut*

*On Behalf of the Plaintiff States*

By: _____

Daniel F. McInnis
Larry E. Tanenbaum
AKIN GUMP STRAUSS HAUER & FELD, LLP
133 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dmcinnis@akingump.com
ltanenbaum@akingump.com

*Attorneys for Defendant Penguin Group (USA),*
*Inc.*

By: _____

C. Scott Lent
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
(212) 715-1784
scott.lent@aporter.com

Shepard Goldfein
Clifford H. Aronson
Paul M. Eckles
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
shepard.goldfein@skadden.com
clifford.aronson@skadden.com
paul.eckles@skadden.com

*Attorneys for Defendant HarperCollins*
*Publishers L.L.C.*

DWT 21247834v3 0011613-000059

By: _____

Gabriel R. Gervey
David M. Ashton
Eric Lipman
Texas Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1262
gabriel.gervey@texasattorneygeneral.gov

*Attorneys for the State of Texas*

*On Behalf of the Plaintiff States*

By: _____

W. Joseph Nielsen
Gary M. Becker
Connecticut Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141-0120
(860) 808-5040
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov

*Attorneys for the State of Connecticut*

*On Behalf of the Plaintiff States*

By: _____

Daniel F. McInnis
Larry E. Tanenbaum
AKIN GUMP STRAUSS HAUER & FELD, LLP
133 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dmcinnis@akingump.com
ltanenbaum@akingump.com

*Attorneys for Defendant Penguin Group (USA),
Inc.*

By: _____

C. Scott Lent
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
(212) 715-1784
scott.lent@aporter.com

Shepard Goldfein
Clifford H. Aronson
Paul M. Eckles
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
shepard.goldfein@skadden.com
clifford.aronson@skadden.com
paul.eckles@skadden.com

*Attorneys for Defendant HarperCollins
Publishers L.L.C.*

4

DWT 21247834v3 3901014-000659

By: _____

Gabriel R. Gervey
David M. Ashton
Eric Lipman
Texas Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1262
gabriel.gervey@texasattorneygeneral.gov

*Attorneys for the State of Texas*

*On Behalf of the Plaintiff States*

By: _____

W. Joseph Nielsen
Gary M. Becker
Connecticut Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141-0120
(860) 808-5040
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov

*Attorneys for the State of Connecticut*

*On Behalf of the Plaintiff States*

By: _____

Daniel F. McInnis
Larry E. Tanenbaum
AKIN GUMP STRAUSS HAUER & FELD, LLP
133 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dmcinnis@akingump.com
ltanenbaum@akingump.com

*Attorneys for Defendant Penguin Group (USA), Inc.*

By: _____

C. Scott Lent
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
(212) 715-1784
scott.lent@aporter.com

Shepard Goldfein
Clifford H. Aronson
Paul M. Eckles
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
shepard.goldfein@skadden.com
clifford.aronson@skadden.com
paul.eckles@skadden.com

*Attorneys for Defendant HarperCollins Publishers L.L.C.*

DWT 21247834v3 3901014-000659

By: _____

James W. Quinn
Yehuda L. Buchweitz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
james.quinn@weil.com
yehudah.buchweitz@weil.com

Helene D. Jaffe
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 960-3000
hjaffe@proskauer.com

Martha E. Gifford
LAW OFFICE OF MARTHA E. GIFFORD
137 Montague Street #220
Brooklyn, New York 11201
(718) 858-7571
giffordlaw@mac.com

*Attorneys for Defendants Simon & Schuster,
Inc. and Simon & Schuster Digital Sales,
Inc.*

By: _____

Walter B. Stuart
Samuel J. Rubin
FRESHFIELDS BRUCKHAUS
    DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
walter.stuart@freshfields.com
samuel.rubin@freshfields.com

Richard Snyder
FRESHFIELDS BRUCKHAUS
    DERINGER US LLP
701 Pennsylvania Avenue, Suite 600
Washington, DC 20004-2692
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
richard.snyder@freshfields.com

*Attorneys for Defendant Hachette Book Group,
Inc.*

5

By: _____

James W. Quinn
Yehuda L. Buchweitz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
james.quinn@weil.com
yehudah.buchweitz@weil.com

Helene D. Jaffe
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 960-3000
hjaffe@proskauer.com

Martha E. Gifford
LAW OFFICE OF MARTHA E. GIFFORD
137 Montague Street #220
Brooklyn, New York 11201
(718) 858-7571
giffordlaw@mac.com

*Attorneys for Defendants Simon & Schuster,*
*Inc. and Simon & Schuster Digital Sales,*
*Inc.*

By: _____

Walter B. Stuart
Samuel J. Rubin
FRESHFIELDS BRUCKHAUS
        DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
walter.stuart@freshfields.com
samuel.rubin@freshfields.com

Richard Snyder
FRESHFIELDS BRUCKHAUS
        DERINGER US LLP
701 Pennsylvania Avenue, Suite 600
Washington, DC 20004-2692
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
richard.snyder@freshfields.com

*Attorneys for Defendant Hachette Book Group,*
*Inc.*

DWT 21247834v3 3901014-000659