UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
)
UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
          v. ) Civil Action No. 12-cv-2826 (DLC)
)
APPLE, INC., et al., )
)
      Defendants. )
_____)


_____
)
THE STATE OF TEXAS; )
THE STATE OF CONNECTICUT; et al )
)
      Plaintiffs, )
)
          v. ) Civil Action No. 12-cv-03394 (DLC)
)
PENGUIN GROUP (USA) INC. et al, )
)
      Defendants. )
_____)


**PLAINTIFFS' PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW**