

**MEMO ENDORSED** Department of Justice

Antitrust Division

---

Mark W. Ryan  
Director of Litigation  
Direct Dial: (202) 532-4753  
e-mail: mark.w.ryan@usdoj.gov

950 Pennsylvania Ave., NW  
Suite 3109  
Washington, DC 20530

May 22, 2013

**SENT ELECTRONICALLY**

Honorable Denise L. Cote  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1610  
New York, NY 10007



Re: *United States, et al. v. Apple, Inc., et al.*, Case No. 12-CIV-2826 (DLC)

Dear Judge Cote:

The United States asks that the Court excuse costly *Federal Register* publication of the single public comment submitted concerning the proposed Final Judgment as to Defendants Verlagsgruppe Georg von Holtzbrinck GmbH and Holtzbrinck Publishers, LLC d/b/a/ Macmillan (collectively, "Macmillan"), filed with the Court on February 8, 2013 (Docket No. 174-1). The United States again proposes to publish the public comment it received on the Antitrust Division's website, in tandem with *Federal Register* publication of the internet address at which the public can read and download the comment. The United States conferred with counsel for Apple and Macmillan and neither opposes this motion.

The Tunney Act, as amended in 2004, authorizes the United States to publish public comments by "alternative means" pursuant to 15 U.S.C. § 16(d) when the costs of *Federal Register* publication exceed the benefits thereof. In connection with the proposed Final Judgment as to Macmillan, *Federal Register* publication of the 26-page comment, at a cost of $522 per page, will generate publication costs of more than $13,000.[1] The available alternative means of publication of this comment makes this significant expenditure of taxpayer funds unwarranted. This Court granted two previous requests by the United States to publish public comments on the Antitrust Division's website rather than in the *Federal Register* (Docket Nos. 60 and 200).

---

[1] *See* Government Printing Office Circular Letter No. 851 (June 8, 2012), available at: http://www.gpo.gov/pdfs/customers/cir851.pdf.

1

Honorable Denise L. Cote
May 22, 2013
Page 2

      Accordingly, the United States asks that the Court excuse publication of the public comment concerning the proposed Final Judgment as to Macmillan in the *Federal Register* and, instead, allow it to be posted on the Antitrust Division website in conjunction with *Federal Register* publication of the internet address at which it can be read and downloaded.

                                       Respectfully Submitted,

                                       ___s/Mark Ryan_____
                                       Mark Ryan
                                       Counsel for the United States

cc:    Provided electronically to all parties in this action.

*Granted.*

*/s/ Denise Cote*
*May 22, 2013*