```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                    Plaintiff,          :     12 Civ. 2826 (DLC)
          -v-                           :
                                        :
APPLE, INC., et al.,                    :
                                        :
                    Defendants.         :
                                        :     ORDER
----------------------------------------X
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :
                    Plaintiffs,         :
          -v-                           :     12 Civ. 3394 (DLC)
                                        :
PENQUIN GROUP (USA) INC., et al.,       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the final pretrial conference held on May 23, 2013, it is hereby

ORDERED that plaintiffs' motion in limine to exclude portions of Dr. Michelle Burtis' testimony is granted. Defendant Apple's motions in limine to preclude testimony from Dr. Richard Gilbert and Dr. Orley Ashenfelter are denied. Plaintiffs' motion in limine to preclude testimony from Dr. Kevin Murphy and Apple's motion in limine to exclude the testimony of Dr. Jonathan Baker are granted in part.

IT IS FURTHER ORDERED that each side shall have **29 hours** to present its case at trial, excluding summation.  Summations shall occur on Thursday, **June 20, 2013**.

SO ORDERED:

Dated:    New York, New York
          May 24, 2013

_____
DENISE COTE
United States District Judge