UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,             :
                                      :
         Plaintiff,                   :
                                      :
    v.                                :         12 Civ. 2826 (DLC)
                                      :
APPLE INC., *et al.*,                 :
                                      :
         Defendants.                  :
------------------------------------- x

------------------------------------- x
THE STATE OF TEXAS,                   :
THE STATE OF CONNECTICUT, *et al.*,   :
                                      :
         Plaintiffs,                  :
                                      :
    v.                                :         12 Civ. 3394 (DLC)
                                      :
PENGUIN GROUP (USA) INC., *et al.*,   :
                                      :
         Defendants.                  :
------------------------------------- x

## APPLE INC.'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS EXCLUDING PORTIONS OF DR. MURPHY'S AND DR. BURTIS'S EXPERT TESTIMONY

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law submitted herewith, Apple Inc. will move this Court before the Honorable Denise L. Cote, United States District Judge, for an order pursuant to Local Civil Rule 6.3 and Rule 60(b) of the Federal Rules of Civil Procedure, requesting this Court's reconsideration of its May 23, 2013 rulings and May

1

24, 2013 Order excluding portions of the expert testimony of Drs. Kevin Murphy and Michelle Burtis.

Dated: May 31, 2013
       New York, New York

Respectfully submitted,

By: _____
Orin Snyder
Lisa H. Rubin
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 47th Floor
New York, NY 10166
(212) 351-4000
osnyder@gibsondunn.com

Daniel S. Floyd (*Pro Hac Vice*)
Daniel G. Swanson (*Pro Hac Vice*)
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
dfloyd@gibsondunn.com

Cynthia Richman (*Pro Hac Vice*)
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500
crichman@gibsondunn.com

Howard E. Heiss
Edward N. Moss
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
hheiss@omm.com

*On behalf of Defendant Apple Inc.*