```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    12 Civ. 2826 (DLC)
                                         :
              -v-                        :    ORDER
                                         :
APPLE, INC., et al.,                     :
                       Defendants.       :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the transcript of the proceeding held on June 24, 2013 shall be unsealed and docketed with the Clerk's Office.

Dated:     New York, New York
           June 4, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge