UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

6/4/13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 12-CV-2826 (DLC) |
| ) | |
| v. ) | |
| ) | ECF Case |
| APPLE, INC., *et al.*, ) | |
| ) | **MEMO ENDORSED** |
| Defendants. ) | |

## STIPULATION

**IT IS HEREY STIPULATED AND AGREED**, by and between the undersigned attorneys for the United States, the Plaintiff States, and Apple Inc. that no party has raised any objections concerning the admissibility of any of the documents marked for identification with the numbers identified below and that each of the exhibits may, with the Court's permission, be admitted into evidence:

| | | | | | |
|---|---|---|---|---|---|
| PX-0001 | PX-0011 | PX-0021 | PX-0033 | PX-0045 | PX-0056 |
| PX-0002 | PX-0012 | PX-0023 | PX-0034 | PX-0046 | PX-0057 |
| PX-0003 | PX-0013 | PX-0024 | PX-0035 | PX-0047 | PX-0058 |
| PX-0004 | PX-0014 | PX-0025 | PX-0037 | PX-0048 | PX-0059 |
| PX-0005 | PX-0015 | PX-0026 | PX-0038 | PX-0049 | PX-0060 |
| PX-0006 | PX-0016 | PX-0028 | PX-0039 | PX-0050 | PX-0061 |
| PX-0007 | PX-0017 | PX-0029 | PX-0040 | PX-0051 | PX-0062 |
| PX-0008 | PX-0018 | PX-0030 | PX-0042 | PX-0052 | PX-0066 |
| PX-0009 | PX-0019 | PX-0031 | PX-0043 | PX-0053 | PX-0067 |
| PX-0010 | PX-0020 | PX-0032 | PX-0044 | PX-0054 | PX-0068 |

| | | | | | |
|---|---|---|---|---|---|
| PX-0069 | PX-0124 | PX-0190 | PX-0261 | PX-0305 | PX-0354 |
| PX-0073 | PX-0129 | PX-0194 | PX-0263 | PX-0306 | PX-0355 |
| PX-0076 | PX-0131 | PX-0200 | PX-0264 | PX-0307 | PX-0357 |
| PX-0082 | PX-0132 | PX-0207 | PX-0265 | PX-0308 | PX-0362 |
| PX-0084 | PX-0135 | PX-0217 | PX-0266 | PX-0309 | PX-0363 |
| PX-0089 | PX-0136 | PX-0219 | PX-0267 | PX-0310 | PX-0365 |
| PX-0090 | PX-0139 | PX-0221 | PX-0268 | PX-0311 | PX-0366 |
| PX-0094 | PX-0144 | PX-0223 | PX-0269 | PX-0312 | PX-0370 |
| PX-0095 | PX-0153 | PX-0224 | PX-0270 | PX-0313 | PX-0371 |
| PX-0097 | PX-0159 | PX-0225 | PX-0271 | PX-0314 | PX-0374 |
| PX-0099 | PX-0160 | PX-0228 | PX-0273 | PX-0318 | PX-0387 |
| PX-0100 | PX-0161 | PX-0230 | PX-0274 | PX-0322 | PX-0396 |
| PX-0101 | PX-0162 | PX-0231 | PX-0275 | PX-0336 | PX-0405 |
| PX-0105 | PX-0168 | PX-0240 | PX-0283 | PX-0337 | PX-0406 |
| PX-0109 | PX-0171 | PX-0248 | PX-0284 | PX-0339 | PX-0434 |
| PX-0112 | PX-0173 | PX-0249 | PX-0285 | PX-0342 | PX-0457 |
| PX-0113 | PX-0174 | PX-0250 | PX-0286 | PX-0343 | PX-0464 |
| PX-0115 | PX-0175 | PX-0251 | PX-0288 | PX-0344 | PX-0470 |
| PX-0116 | PX-0176 | PX-0252 | PX-0294 | PX-0348 | PX-0473 |
| PX-0117 | PX-0177 | PX-0253 | PX-0297 | PX-0349 | PX-0475 |
| PX-0120 | PX-0179 | PX-0254 | PX-0298 | PX-0350 | PX-0476 |
| PX-0121 | PX-0182 | PX-0255 | PX-0301 | PX-0351 | PX-0478 |
| PX-0123 | PX-0188 | PX-0257 | PX-0304 | PX-0353 | PX-0482 |

| | | | | | |
|---|---|---|---|---|---|
| PX-0483 | PX-0520 | PX-0558 | PX-0619 | PX-0700 | PX-0783 |
| PX-0485 | PX-0522 | PX-0559 | PX-0622 | PX-0701 | PX-0784 |
| PX-0486 | PX-0523 | PX-0561 | PX-0624 | PX-0702 | PX-0790 |
| PX-0487 | PX-0524 | PX-0562 | PX-0625 | PX-0703 | PX-0792 |
| PX-0488 | PX-0525 | PX-0563 | PX-0627 | PX-0705 | PX-0797 |
| PX-0493 | PX-0531 | PX-0566 | PX-0628 | PX-0708 | PX-0801 |
| PX-0494 | PX-0532 | PX-0568 | PX-0629 | PX-0712 | PX-0802 |
| PX-0495 | PX-0533 | PX-0569 | PX-0630 | PX-0715 | PX-0803 |
| PX-0496 | PX-0534 | PX-0573 | PX-0635 | PX-0717 | PX-0804 |
| PX-0497 | PX-0535 | PX-0582 | PX-0637 | PX-0718 | PX-0805 |
| PX-0498 | PX-0536 | PX-0592 | PX-0648 | PX-0721 | PX-0807 |
| PX-0499 | PX-0537 | PX-0600 | PX-0649 | PX-0723 | PX-0808 |
| PX-0501 | PX-0538 | PX-0601 | PX-0650 | PX-0735 | PX-0809 |
| PX-0502 | PX-0539 | PX-0603 | PX-0653 | PX-0738 | PX-0812 |
| PX-0507 | PX-0540 | PX-0604 | PX-0654 | PX-0739 | PX-0813 |
| PX-0508 | PX-0546 | PX-0605 | PX-0657 | PX-0744 | DX-001 |
| PX-0510 | PX-0547 | PX-0606 | PX-0664 | PX-0745 | DX-003 |
| PX-0511 | PX-0550 | PX-0608 | PX-0668 | PX-0747 | DX-007 |
| PX-0512 | PX-0553 | PX-0613 | PX-0683 | PX-0748 | DX-010 |
| PX-0513 | PX-0554 | PX-0614 | PX-0691 | PX-0749 | DX-012 |
| PX-0517 | PX-0555 | PX-0615 | PX-0692 | PX-0753 | DX-013 |
| PX-0518 | PX-0556 | PX-0616 | PX-0695 | PX-0755 | DX-018 |
| PX-0519 | PX-0557 | PX-0617 | PX-0698 | PX-0782 | DX-027 |

| | | | | | |
|---|---|---|---|---|---|
| DX-028 | DX-093 | DX-130 | DX-178 | DX-215 | DX-248 |
| DX-029 | DX-094 | DX-131 | DX-179 | DX-216 | DX-250 |
| DX-031 | DX-096 | DX-132 | DX-181 | DX-217 | DX-251 |
| DX-036 | DX-098 | DX-135 | DX-182 | DX-220 | DX-257 |
| DX-038 | DX-099 | DX-138 | DX-183 | DX-221 | DX-258 |
| DX-055 | DX-100 | DX-140 | DX-184 | DX-224 | DX-262 |
| DX-056 | DX-101 | DX-141 | DX-185 | DX-225 | DX-264 |
| DX-058 | DX-103 | DX-142 | DX-186 | DX-226 | DX-266 |
| DX-059 | DX-104 | DX-144 | DX-187 | DX-227 | DX-267 |
| DX-060 | DX-105 | DX-146 | DX-188 | DX-229 | DX-268 |
| DX-061 | DX-110 | DX-147 | DX-191 | DX-230 | DX-269 |
| DX-062 | DX-111 | DX-150 | DX-193 | DX-233 | DX-271 |
| DX-063 | DX-112 | DX-151 | DX-195 | DX-234 | DX-291 |
| DX-064 | DX-113 | DX-152 | DX-203 | DX-235 | DX-292 |
| DX-073 | DX-115 | DX-153 | DX-204 | DX-237 | DX-310 |
| DX-074 | DX-116 | DX-154 | DX-206 | DX-238 | DX-316 |
| DX-081 | DX-121 | DX-156 | DX-207 | DX-240 | DX-322 |
| DX-084 | DX-122 | DX-164 | DX-208 | DX-241 | DX-323 |
| DX-085 | DX-123 | DX-170 | DX-209 | DX-242 | DX-327 |
| DX-086 | DX-126 | DX-173 | DX-210 | DX-244 | DX-333 |
| DX-087 | DX-127 | DX-174 | DX-211 | DX-245 | DX-334 |
| DX-088 | DX-128 | DX-176 | DX-212 | DX-246 | DX-335 |
| DX-089 | DX-129 | DX-177 | DX-214 | DX-247 | DX-339 |

| | | | | | |
|---|---|---|---|---|---|
| DX-341 | DX-351 | DX-362 | DX-396 | DX-536 | DX-544 |
| DX-342 | DX-353 | DX-366 | DX-397 | DX-537 | DX-545 |
| DX-343 | DX-354 | DX-371 | DX-398 | DX-538 | DX-546 |
| DX-344 | DX-355 | DX-379 | DX-399 | DX-539 | DX-547 |
| DX-345 | DX-358 | DX-380 | DX-407 | DX-540 | DX-548 |
| DX-346 | DX-359 | DX-382 | DX-408 | DX-541 | |
| DX-347 | DX-360 | DX-392 | DX-534 | DX-542 | |
| DX-348 | DX-361 | DX-395 | DX-535 | DX-543 | |

Dated: June 4, 2013

Respectfully submitted,

*/s/ Mark W. Ryan*

Mark W. Ryan
Lawrence E. Buterman
Attorneys for the United States
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
(202) 532-4753
Mark.W.Ryan@usdoj.gov

FOR THE UNITED STATES

*So ordered.*

*/s/ Denise Cote*
6/4/13

5

_____
W. Joseph Nielsen
Assistant Attorney General
Antitrust Division
Office of the Attorney General
55 Elm Street
Hartford, CT 06106
(860) 808-5040
Joseph.Nielsen@ct.gov

FOR THE STATE OF CONNECTICUT


_____
Gabriel R. Gervey
Assistant Attorney General
Antitrust Division
Office of the Attorney General of Texas
300 W. 15th Street
Austin, Texas 78701
(512) 463-1262
gabriel.gervey@oag.state.tx.us

FOR THE STATE OF TEXAS


_____
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue, Suite 4600
Los Angeles, CA 90070
(213) 229-7148
dfloyd@gibsondunn.com

FOR APPLE INC.