UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., *et al.*,<br><br>　　　　　　Defendants. | 12 Civ. 2826 (DLC) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THE STATE OF TEXAS,<br>THE STATE OF CONNECTICUT, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PENGUIN GROUP (USA) INC., *et al.*,<br><br>　　　　　　Defendants. | 12 Civ. 3394 (DLC) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPLE INC.'S POST-TRIAL MEMORANDUM**