UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

APPLE INC., *et al.*,

           Defendants.

12 Civ. 2826 (DLC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE STATE OF TEXAS,
THE STATE OF CONNECTICUT, *et al.*,

           Plaintiffs,

      v.

PENGUIN GROUP (USA) INC., *et al.*,

           Defendants.

12 Civ. 3394 (DLC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPLE INC.'S POST-TRIAL MEMORANDUM

**Part 3 of 8**



# Testimony Of Eddy Cue

Q. Why was it not true that you pitched the publishers that your agency deal was a way to change the entire industry?

A. I was – my focus is thinking about this from an Apple point of view. I'm not interested in their business or how they do business with the – with anybody else.

1821:15-19

60



# December 21, 2009



Macmillan







Random House



Simon & Schuster

 # Apple & Publisher Conspiracy Commences



## December 21
## 10:33 a.m.

 Speak for 10 minutes and 45 seconds



**Carolyn Reidy**



**Eddy Cue**

PX-0788



## December 21
## 12:17 p.m.

 Speak for 17 minutes and 37 seconds



**Markus Dohle**



**Eddy Cue**

PX-0788



## December 21
## 12:48 p.m.

 Speak for 11 minutes



**John Sargent**



**Eddy Cue**

PX-0788



# Declaration Of Eddy Cue ¶61

==It was also important to us that the prices in our e-bookstore be competitive with other retailers' e-book prices.==  This is why Steve and I initially thought all publishers should move to agency with all e-book retailers selling their new releases.  Our thinking at the time was that this would ensure that the publishers would treat Apple similarly to their other retailers at least with regard to pricing their most visible e-books.

DX-714

64





# December 15, 2009 – January 4, 2010
## No Communication Of Any Kind With Penguin, Hachette Or HarperCollins



# PX-99: December 21, 2009 Email From Sargent To Cue

Plaintiffs' Exhibit
US v Apple
12cv2826
PX-0099

Subject: RE: iTunes
Date: Mon, 21 Dec 2009 15:50:23 -0800
From: "Sargent, John" <john.sargent@macmillan.com>
To: Eddy Cue <cue@apple.com>
Cc: "Napack, Brian" <brian.napack@macmillan.com>
Message-ID:

Hey Eddy. ==Have been thinking. Consider this completely blue sky, just a bit of brainstorming.==

One of the problems we face is that most companies have contracts under the discount model. So what happens if we actually have ==two terms of sale.== 1) 30% agency model with no windowing. ==2) Discount model that includes windowing (essentially no change from the current terms we offer)?== Everyone decides which model to buy under.

Price points: The concept would be that we would price books at around half of the price of the hardcover. That would put the majority of new releases at the 14.95 or 12.95 price points.

New release hardcover: 19.95, 16.95, 14.95, 12.95, (higher prices for very expensive books).

Post release, or original paperback: 9.95, 7.95, 4.95, 2.95

Want to reinforce these are ==just some thoughts to kick around.==

Confidential                                    Sargent 8  1/28/13                                    APPLETX00018087

PX-99

70



# Testimony Of David Shanks

Q.  And, in fact, when Mr. Cue sent you his initial proposal, you were angry, were you not?

A.  I was.

394:14-16

# DX-551: January 4, 2010 Email From McCall To Moerer



**Penguin's boilerplate**

Hi Keith -- I understand you may not have Penguin's boilerplate, so I've attached it here.

I'll speak with you soon,

**PGI will sell to APPLE the Ebooks for resale purposes.**

7.1   PGI will sell to APPLE the Ebooks for resale purposes.  APPLE shall be entitled to set the resale price of the Ebooks in its sole discretion having regard to the List Price. The List Price for each Ebook may be varied and updated by PGI in its sole discretion from time to time during the Term.

DX-551

72



# Testimony Of David Shanks

Q.  So the time that Apple was proposing an agency model to Penguin, Penguin was proposing a wholesale model to Apple; is that correct?

A.  Yes.

73



# Calls Between Publisher Defendant CEOs
## from December 1, 2009 to January 31, 2010



# Calls 1 Minute Or Longer Between Publisher Defendant CEOs And Apple From December 1, 2009 to January 31, 2010





# Phone Calls Between Eddy Cue and Publisher Defendant CEOs in December and January





# Phone Calls Between Eddy Cue and Publisher Defendant CEOs in December and January

**Calls of ≤ 1 Minute Removed**

Brian Murray — HarperCollins

Carolyn Reidy — Simon & Schuster

John Sargent — Macmillan

Eddy Cue — Apple

David Shanks — Penguin

David Young — Hachette Book Group

79



# Phone Calls Between Eddy Cue and Publisher Defendant CEOs in December and January

**Calls of ≤ 1 Minute Removed**
**Calls After Jan. 20 Removed**

Brian Murray — HarperCollins

Carolyn Reidy — SIMON & SCHUSTER

John Sargent — MACMILLAN

Eddy Cue — Apple

David Shanks — Penguin

David Young — hachette BOOK GROUP



# Phone Calls Between Eddy Cue and
# Publisher Defendant CEOs in December and January

