UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                                                          12 Civ. 2826 (DLC)

APPLE INC., *et al.*,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE STATE OF TEXAS,
THE STATE OF CONNECTICUT, *et al.*,

        Plaintiffs,

  v.                                                                                          12 Civ. 3394 (DLC)

PENGUIN GROUP (USA) INC., *et al.*,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPLE INC.'S POST-TRIAL MEMORANDUM**

**Part 5 of 8**



# Testimony Of Keith Moerer

Q. To your knowledge, sir, did Apple ever negotiate with any publisher the all-resellers-to-agency idea contained in Mr. Cue's initial e-mail proposal?

A. No, I did not.

1347:19-22

103



# Testimony Of Carolyn Reidy

Q. What did that mean in terms of negotiating forward? Did you have to negotiate that issue then?

A. No. We did not have to negotiate it. In other words, it never appeared in it so we didn't have to object to it.

Because as I said, we wouldn't sign an agreement that demanded that we treat other retailers in some way.

569:22-570:2

104



# Testimony Of Brian Murray

Q. Now, if you believed, sir, that moving all retailers to agency was a condition of your agreement with my client, Apple, would you have negotiated for these exceptions to the MFN?

A. No.

Q. Why not?

A. I didn't think it was a condition, and I thought it was certainly pressure they were putting on us to make the change. But we were preparing to operate on what we called a hybrid model, where Apple would be in the business on the agency model and where we would then have negotiations with Amazon and Barnes and Noble. And it was possible that we would stay on the wholesale model with either one of them.

1051:11-22

106



# Testimony Of John Sargent

1202:19-21

Q. Did anyone at Apple ever tell you that Macmillan was required to be on agency with Amazon?

A. No.

107




# DX-140: January 10, 2010 Email From Cue To Moerer

Subject: Re: Random House update
Date: Sun, 10 Jan 2010 11:24:21 -0800
From: "Eddy Cue" <cue@apple.com>
To: "Keith Moerer" <kmoerer@apple.com>
Message-ID: <E4373EAD-7C5B-498E-91BF-A502890B3AD1@apple.com>

On Jan 9, 2010, at 7:37 PM, Keith Moerer wrote:

Eddy--

RH's #2, Madeline McIntosh, called me this afternoon to say RH is currently "stuck" in

2) Are we willing to accept an agency model if other retailers continue a standard wholesale model for new releases without holdbacks? (No. )

We are (I don't think we can legally force this). What we care about is price so the contract will say we get it at 30% less whatever the lowest retail price out in the market is (whether agency or wholesale).

4) Are we willing to consider an agency model with more tiers or different tiers than currently proposed? ( I told her we're willing to listen to and consider a counter-proposal. I also told her that I would send our analysis of NYT bestsellers comparing physical prices and current ebook prices, which helped us arrive at a $12.99 price point for most new-release titles, once I got your OK.)

No, I don't want a proposal. This is our offer. I am willing to add $14.99 for above $30. We need to start being very firm on price.

USA v. Apple Inc., et al.
12-CV-02826-DLC
DX-140

EXHIBIT 84
Gilbert W
4-10-13

APLEBOOK00434623

Confidential

**DX-140**

110

# DX-169: January 15, 2010 Email From Close To McIntosh, et al.

Weber, Andrew

From: Close, Amanda
Sent: Friday, January 15, 2010 5:29 PM
To: McIntosh, Madeline; Malaviya, Nihar; Fischbach, Kelly; Thompson, David; Updike, Jaci; Von Moltke, Nina; Shatz, Matt; Vaughn, Chelsea; Dohle, Markus; Weber, Andrew; Martin, Matthew; Demayo, Joan; Sarnoff, Richard
Subject: Privileged & Confidential: Apple Call Update

Hi All –

Here are the notes from our call with Keith Apple this afternoon - Madeline laid out the key points below and then we got into a discussion. Here is a summary of the observations, questions and answers that we discussed.

1.) Apple first reiterated that they are all looking to build a long-term, sustainable business that is profitable to both parties.
2.) Is Apple willing to consider agency only for new releases?
   a. Yes.
3.) **Is Apple willing to consider an agency model for RH even if no other retailers also convert to agency?**
   a. **Yes**, but they expect to be treated the same way that retailers are treated. *(consumer price?)*

7.) Would Apple consider a wholesale deal for BL and books that are not yet in eBook form?
   a. Yes, but they are not clear on how wholesale terms are the same for digital and physical business. *(why?)*
   b. Our current terms as defined would not be acceptable to them.

The next step is a meeting next week in New York with Madeline, Markus, Eddy, Keith and Kevin (if scheduling allows), otherwise a follow up with Madeline, Amanda, Eddy and Keith when they are in town. The goal here is to keep the conversation moving forward – and as you can see, there is clearly more room to explore how our partnership could look.

Madeline, please jump in if I have neglected to include any important points.

Have a lovely weekend all!
Amanda

Amanda Close • Group Sales Director • Adult Publishing Group • Random House, Inc. • 212-572-2328

From: Mcintosh, Madeline
Sent: Thursday, January 14, 2010 8:56 PM
To: Close, Amanda; Malaviya, Nihar; Fischbach, Kelly; Thompson, David; Updike, Jaci; Von Moltke, Nina; Shatz, Matt; Vaughn, Chelsea; Dohle, Markus; Weber, Andrew; Martin, Matthew; Demayo, Joan; Sarnoff, Richard
Subject: priviledged & confidential: Apple talking points

USA v. Apple Inc., et al.
12-CV-02826-DLC
DX-169

1

Random House Confidential Business Information                    RH-USDOJ-00042684

DX-169

111



# Declaration of Madeline McIntosh ¶13

We addressed the issue of the proposed MFN directly with Apple to ensure that there was no confusion over the terms. Specifically, I asked Mr. Moerer whether Random House could sign an agency deal with Apple and continue doing business on a wholesale model with Amazon. Keith responded on January 14 that it was entirely up to Random House how it dealt with Amazon or any other retailer. [DX-169.]

112




# January 11, 2010


Penguin


Macmillan








Hachette


HarperCollins


Random House


Simon & Schuster

## PX-55: January 14, 2010 Auto-Saved Draft Jobs Email (18:23:09)



> I can live with this, as long as they move Amazon to the agent model too for new releases for the first year. If they don't, I'm not sure we can be competitive...
> Steve
>
>
> if they are offering a $26 book to Amazon



PX-55

116

# Steve Jobs by Walter Isaacson



The day after the iPad launch, Jobs described to me his thinking on books:

Amazon screwed it up. It paid the wholesale price for some books, but started selling them below cost at $9.99. The publishers hated that—they thought it would trash their ability to sell hardcover books at $28. So before Apple even got on the scene, some booksellers were starting to withhold books from Amazon. So we told the publishers, "We'll go to the agency model, where you set the price, and we get our 30%, and yes, the customer pays a little more, but that's what you want anyway." But we also asked for a guarantee that if anybody else is selling the books cheaper than we are, then we can sell them at the lower price too. So they went to Amazon and said, "You're going to sign an agency contract or we're not going to give you the books."

DX-514

117

# DX-175: January 17, 2010 Email From Miller To Murray

## "All Resellers To Agency" Not Mentioned

30% commission on new releases. I think we will come to terms at some point, but their current proposal will put B&N and Borders out of business very quickly. We don't want to accelerate this faster than it is already happening. This is no different from Fox managing Walmart and Apple's wholesale terms in the DVD business.

We talked about books but not specific terms. Here are jobs points that he volunteered:

1. They're committed to the agency model

2. They like their standard 30% commission

3. They want pricing in line w amazon's to the consumer; making the assumption that (a) profit margin wouldn't be hurt due to lower costs on pub side and (b) they don't want to be disadvantaged vs amazon on consumer prize

4. They were having trouble getting terms w pubs and maybe would just drop it all

I assume the last is positioning for effect

Is the above what they're saying to you ?

help and will result in continued windowing of eBooks.

Brian

From: Miller, Jonathan [mailto:jon.miller@newscorp.com]
Sent: Tuesday, January 05, 2010 12:58 PM
To: Murray, Brian (HarperCollins US)

USA v. Apple Inc., et al.
12-CV-02826-DLC
DX-175

HIGHLY CONFIDENTIAL                                     HC-DOJ-0089412

**DX-175**

118

# PX-195: January 14, 2010 Auto-Saved Draft Jobs Email (18:21:39)

Plaintiffs' Exhibit
US v Apple
12-cv-02826
PX-0195

From: Steve Jobs <sjobs@apple.com>
To: Eddy Cue <cue@apple.com>
Subject: Re: Book Prices Thoughts
Received(Date): Thu, 14 Jan 2010 18:21:39 -0800

I can live with this, as long as they also agree to the ==other thing you told me you can get:==
The retail price they will set for any book will be the LOWER of the applicable "iTunes" price below OR the lowest wholesale price they offer the book at to anyone else, with our wholesale price being 70% of such price. For example, normally our retail price for a $26 book will be $12.99 and we will pay 70% of that, or $9.10. However, if they offer the same book to Amazon for a wholesale price of, say, $12.50, then our retail price for the same book shall be set at $12.50 and we will pay 70% of that price for the book.

if they are offering a $26 book to Amazon

Highly Confidential                                         APLEBOOK-03345511

PX-195

119



# Testimony Of Eddy Cue

THE COURT: There's another way to read this, which is that there was some concern at Apple about profitability at a 9.99 price point.

THE WITNESS: By us?

THE COURT: Yes. Even with the 30 percent commission, that you were concerned if prices were low, at 9.99, let us say, where the volume of the eBook business might be expected because those might be the most popular titles, that that might not generate enough money for Apple. Any way to read that?

THE WITNESS: Your Honor, there's absolutely zero chance of that. We were selling music at 9.99. We sold apps at $9. The business of running the bookstore is not significantly different than running a music store or running a video store, and so there's you zero chance of that. We know that we can run a profitable business running it at 70 percent at whatever price points they're with.

2049:16-2050:6

120



# Testimony Of Kevin Murphy

Q. Did you evaluate whether it would have been in Apple's independent business interest to sell eBooks on the iBookstore at a price point of 9.99?

A. My assessment would be, yes, it would. They would still be able to earn a 30 percent margin. They would capture the additional sales provided by the reduction in price while only bearing 30 percent of that price reduction. That would be very attractive from their point of view. So you can't make a presumption that they would like higher prices.

2405:23-2406:6

121



## DX-187: January 19, 2010 Email From Napack To Cue

Subject: Fwd: New Draft Response
Date: Tue, 19 Jan 2010 15:03:54 -0800
From: Keith Moerer <kmoerer@apple.com>
To: Kevin Saul <ksaul@apple.com>
Message-ID: <F1B1FFDB-C514-484A-A760-236440

Sent from my iPhone

Begin forwarded message:

From: "Napack, Brian" <Brian.Napack@macmillan.
Date: January 19, 2010 3:34:26 PM EST

referenced above

**Availability**: Majority of titles where we control rights would be made available, and the majority of those would be made available day and date with the physical release.

**Financial terms**:
- Net 30 days after end of month

**Other terms**:
- Agent would agree to give us access to identity and transaction info of purchasers of our titles
- We cannot agree to match other resellers prices
- **We cannot agree that we will force other resellers of our e-books into the agency model**

- All price caps are removed for titles after the initial
- Annual review of pricing rules for adjustment based

**Commission**: 70/30; 85/15 on NY Times bestsellers

Brian

----------------------------------------

Brian Napack
Macmillan
41 Madison Avenue, 38th Floor

Confidential                                          APLEBOOK-00007545

**DX-187**