```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
                    Plaintiff,              :    12 Civ. 2826 (DLC)
          -v-                               :
                                            :
APPLE INC., et al.,                         :
                                            :
                    Defendants.             :    ORDER
                                            :
-------------------------------------------X
                                            :
THE STATE OF TEXAS, et al.,                 :
                                            :
                    Plaintiffs,             :    12 Civ. 3394 (DLC)
          -v-                               :
                                            :
PENQUIN GROUP (USA) INC., et al.,           :
                                            :
                    Defendants.             :
                                            :
-------------------------------------------X
```

DENISE COTE, District Judge:

  The Court having issued its trial Opinion on July 10, 2013, it is hereby

  ORDERED that the Plaintiffs shall serve a proposed injunction on Apple by **July 19, 2013**. The parties shall submit to the Court by **August 2, 2013** any joint or separate submissions with respect to the proposed injunction.

  IT IS FURTHER ORDERED that a conference shall be held in these actions on **August 9, 2013** at **3:30 p.m.** In preparation for that conference, the parties shall submit to the Court by **August 2, 2013** joint or separate proposals as to completion of discovery and a schedule for any trial on damages.

IT IS FURTHER ORDERED that the parties are instructed to contact the chambers of Judge Wood promptly in order to pursue settlement discussions under her supervision.

SO ORDERED:

Dated: New York, New York
July 10, 2013

_____
DENISE COTE
United States District Judge