**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

N.Y.S.D. Case #s
11-md-2293(DLC)
12-cv-2826(DLC)
12-cv-3394(DLC)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of May, two thousand and thirteen.

Before:      Rosemary S. Pooler,
                *Circuit Judge.*

_____

In Re: Penguin Group USA, Inc.
-----------------------------------------------------------------

Penguin Group USA, Inc.,

Petitioner,

v.

The State of Alabama, *et al.*,

Respondents.
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 11, 2013

**ORDER**

Docket No. 13-1744

In light of the Petitioner's letter dated May 22, 2013, IT IS HEREBY ORDERED that the petition for writ of mandamus is deemed withdrawn.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/11/2013**