```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                        Plaintiff,        :   12 Civ. 2826 (DLC)
          -v-                             :
                                          :
APPLE INC., et al.,                       :
                                          :
                        Defendants.       :   ORDER
                                          :
------------------------------------------X
                                          :
THE STATE OF TEXAS, et al.,               :
                                          :
                        Plaintiffs,       :   12 Civ. 3394 (DLC)
          -v-                             :
                                          :
PENQUIN GROUP (USA) INC., et al.,         :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the 3:30 p.m. conference scheduled for August 9, 2013 is moved to **3 p.m.** in Courtroom 15B.

SO ORDERED:

Dated:   New York, New York
         August 8, 2013

                              _____
                                       DENISE COTE
                              United States District Judge