

# KAYE SCHOLER LLP

Robert B. Bell
202.682.3570
robert.bell@kayescholer.com

The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
202.682.3500
Fax 202.414.0325
www.kayescholer.com

August 7, 2013

The Honorable Denise L. Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312



Re: Proposed Amicus Brief in *United States of America v. Apple, Inc. et al*, 12-cv-2826

Dear Judge Cote:

We request your permission to file a very short *amicus curiae* brief in support of the U.S. Department of Justice's request for final relief in this case, on behalf of Kobo, Inc., an e-book retailer. The proposed brief would describe Kobo's belief that the relief sought by the DOJ would effectively restore competition and benefit consumers in the e-book market. The discussion in the brief is limited to one particular requirement of the Proposed Final Judgment. With your permission, we would file this brief on August 8, 2013.

Sincerely,

*Robert B. Bell*

Robert B. Bell

cc: Counsel for all parties

Granted.
*Denise Cote*
8/8/13

**MEMO ENDORSED**