UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,                        :
                                                 :        12 Civ. 2826 (DLC)
                              Plaintiff,          :
                                                 :
                      v.                          :
                                                 :
APPLE, INC. et al.,                              :
                                                 :
                              Defendants.         :
                                                 :
-----------------------------------------------------------x

## MOTION OF THE CONSUMER FEDERATION OF AMERICA FOR LIMITED PARTICIPATIONAS AMICUS CURIAE

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of The Consumer

Federation of America in Support of Motion for Limited Participation as Amicus Curiae,

proposed amicus curiae The Consumer Federation of America hereby moves this Court, before

the Honorable Denise L. Cote, United States District Judge, Daniel Patrick Moynihan United

States Courthouse, United States District Court for the Southern District of New York, 500 Pearl

Street, New York, New York 10007-1312, for an order permitting The Consumer Federation of

America to participate on a limited basis as amicus in the above captioned matter.

Dated: August 8, 2013                          Respectfully submitted,

THE CONSUMER FEDERATION OF AMERICA

By:____/s_____David A. Balto, Esq.          By:____/s_____Damian R. Cavaleri, Esq.
David A. Balto, Esq.                          Damian R. Cavaleri, Esq. (DC 2558)
LAW OFFICES OF DAVID BALTO                    HOGUET NEWMAN
1325 G Street NW                              REGAL & KENNEY, LLP
Suite 500                                     10 East 40th Street
Washington D.C. 20005                         New York, New York 10016
(202) 789-5424                                (212) 689-8808
david.balto@yahoo.com                         dcavaleri@hnrklaw.com