UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
IN RE ELECTRONIC BOOKS ANTITRUST : No. 11 MD 2293 (DLC)
LITIGATION :
------------------------------------- x
------------------------------------- x
:
UNITED STATES OF AMERICA, :
:
      Plaintiffs, :
:
  v. : No. 12 Civ. 2826 (DLC)
:
APPLE, INC., :
:
      Defendant. :
:
------------------------------------- x
------------------------------------- x
:
THE STATE OF TEXAS, :
THE STATE OF CONNECTICUT, *et al.*, :
:
      Plaintiffs, :
:
  v. : No. 12 Civ. 03394 (DLC)
:
PENGUIN GROUP (USA) INC., *et al.*, :
:
      Defendants. :
:
------------------------------------- x

### **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christine Demana of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters her appearance in the above-captioned matters as counsel for Apple Inc.

Dated: New York, New York
August 9, 2013

GIBSON, DUNN & CRUTCHER LLP

By: s/ Christine Demana
    Christine Demana

200 Park Avenue
New York, NY 10166-0193
Telephone:  (212) 351-2636
Facsimile:   (212) 716-0836
E-mail:  cdemana@gibsondunn.com

*Attorneys for Defendant Apple Inc.*