# GIBSON DUNN



Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

August 12, 2013

VIA ELECTRONIC MAIL

The Honorable Denise L. Cote
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re: *United States v. Apple Inc.*, 12 Civ. 2826 (DLC), *Texas v. Penguin Group (USA) Inc.*, 12 Civ. 3394 (DLC)

Dear Judge Cote:

On behalf of all parties to the above-captioned cases, we respectfully submit this letter to request that the Court hold its next conference with respect to the injunction to be entered on August 27, 2013 at 2 p.m. A 2 p.m. hearing will help ensure that several of the lawyers involved, including those representing the DOJ, the States, and Apple, need not stay overnight in New York either the night before or after the hearing. The parties further propose that they submit letters concerning their respective positions on the scope of the injunction by August 23, 2013 at 10:00 a.m.

We thank the Court in advance for its consideration.

Respectfully submitted,

Orin Snyder

Approved.

*Denise Cote*
August 13, 2013

cc: All Counsel

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.