```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                       Plaintiff,       :    12 Civ. 2826 (DLC)
           -v-                          :
                                        :
APPLE INC., et al.,                     :
                                        :
                       Defendants.      :    ORDER
                                        :
----------------------------------------X
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :
                       Plaintiffs,      :    12 Civ. 3394 (DLC)
           -v-                          :
                                        :
PENQUIN GROUP (USA) INC., et al.,       :
                                        :
                       Defendants.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 23, 2013, the plaintiffs and Apple each filed revised proposed injunctions. The plaintiffs' revised proposed injunction was submitted as Exhibit 1 to the Declaration of Lawrence E. Buterman in Support of Plaintiff's Revised Proposed Injunction ("Plaintiffs' Revised Injunction"). To assist the Court's consideration of the proposals, it is hereby

ORDERED that Apple shall submit the following two documents by **August 26** at **10:00 a.m.**:

1) a red-lined version of the Plaintiffs' Revised Injunction striking any language to which Apple objects; and

2)  in the event that the Court adopts each of the plaintiffs' substantive requests, a second red-lined version of the Plaintiffs' Revised Injunction providing alternative language that Apple wishes the Court to consider when granting those requests.

SO ORDERED:

Dated:   New York, New York
         August 23, 2013

_____
DENISE COTE
United States District Judge