UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 12-cv-2826 (DLC) |
| Plaintiff, | |
| v. | |
| APPLE, INC., *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Jeffrey L. White, an attorney with the law firm of Weil, Gotshal & Manges LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Simon & Schuster, Inc. in the above-captioned action.

Dated: Washington, D.C.
August 26, 2013

Respectfully submitted,

  /s/ Jeffrey L. White
Jeffrey L. White
WEIL, GOTSHAL & MANGES LLP
1300 Eye St., NW
Washington, D.C.   20005
Telephone:    (202) 682-7000
Facsimile:    (202) 857-0940
jeff.white@weil.com

*Attorney for Simon & Schuster, Inc.*