```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
                          Plaintiff,       :   12 Civ. 2826 (DLC)
          -v-                              :
                                           :
APPLE INC., et al.,                        :
                                           :
                          Defendants.      :   ORDER
                                           :
-------------------------------------------X
                                           :
THE STATE OF TEXAS, et al.,                :
                                           :
                          Plaintiffs,      :   12 Civ. 3394 (DLC)
          -v-                              :
                                           :
PENQUIN GROUP (USA) INC., et al.,          :
                                           :
                          Defendants.      :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

Defendant Apple presented three e-reader devices to the Court as exhibits in connection with the parties' pre-trial filings of April 26, 2013. The Court having entered final judgment as to Apple on September 5, it is hereby

ORDERED that Apple shall retrieve the e-reader exhibits from the Court by **September 27, 2013**.

SO ORDERED:

Dated:   New York, New York
         September 19, 2013

                                    _____
                                              DENISE COTE
                                    United States District Judge