UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                                    12 Civ. 2826 (DLC)

APPLE INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEAL

      Notice is hereby given that Defendant Apple Inc. ("Apple") appeals to the United States Court of Appeals for the Second Circuit from the Plaintiff United States' Final Judgment, entered in this action by Judge Denise Cote of this Court on September 6, 2013, including the injunction the Court entered against Apple.  Apple also hereby appeals from any and all orders and rulings that were adverse to it, whether or not subsumed within the September 6, 2013 Final Judgment, including—without limitation—this Court's July 10, 2013 Opinion & Order as well as other rulings on liability, admissibility of evidence, and certain discovery requests.

Dated:  October 3, 2013                                         Respectfully submitted,

                                                      By:     /s/  Orin Snyder
                                                               Orin Snyder
                                                                Lisa H. Rubin
                                                                Gibson, Dunn & Crutcher, LLP
                                                               200 Park Avenue, 47th Floor
                                                                New York, NY  10166
                                                                (212) 351-4000
                                                                osnyder@gibsondunn.com

                                                                Theodore J. Boutrous, Jr. (*Pro Hac Vice*)
                                                                Daniel G. Swanson (*Pro Hac Vice*)
                                                                Daniel S. Floyd (*Pro Hac Vice*)
                                                               Gibson, Dunn & Crutcher, LLP
                                                                333 South Grand Avenue

    Los Angeles, CA  90071
    (213) 229-7000
    dfloyd@gibsondunn.com

    Cynthia Richman (*Pro Hac Vice*)
    Gibson, Dunn & Crutcher, LLP
    1050 Connecticut Avenue, N.W.
    Washington, DC  20036
    (202) 955-8500
    crichman@gibsondunn.com

    Howard E. Heiss
    Edward N. Moss
    O'Melveny & Myers LLP
    Times Square Tower
    7 Times Square
    New York, NY  10036
    (212) 326-2000
    hheiss@omm.com

    *On behalf of Defendant Apple Inc.*