UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC. *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:12-CV-2826 <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Simon & Schuster, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered on September 6, 2013 (ECF No. 374) in the above-captioned case.

Dated: October 4, 2013
       New York, New York

                                               /s/ James W. Quinn
                                               James W. Quinn
                                               Yehudah Buchweitz
                                               Gregory Silbert

                                               WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth Avenue
                                               New York, NY 10153
                                               (212) 310-8000
                                               james.quinn@weil.com
                                               yehudah.buchweitz@weil.com
                                               gregory.silbert@weil.com

                                               *Attorneys for Simon & Schuster, Inc.*