UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE, INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 12-cv-2826 (DLC) |

RECEIVED DEC 6 2013 CHAMBERS OF DENISE COTE

12/10/2013

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 1.4, Stephen Thayer Fairchild will no longer be associated with the United States Department of Justice, Antitrust Division after December 6, 2013, and respectfully requests to be removed from the Court's docket and to be discharged from all further obligations and responsibilities with respect to the above referenced action. All other listed counsel will continue to represent the United States in this matter.

Dated: December 5, 2013

*Granted. /s/ Denise Cote 12/9/13*

Respectfully submitted,

/s/ Stephen Thayer Fairchild

Stephen Thayer Fairchild
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
(202) 532-4925
stephen.fairchild@usdoj.gov