UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., *et al.*,<br><br>Defendants. | 12 Civ. 2826 (DLC) |
| THE STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PENGUIN GROUP (USA), INC., *et al.*,<br><br>Defendants. | 12 Civ. 03394 (DLC) |

**SUPPLEMENTAL DECLARATION OF MICHAEL R. BROMWICH**

I, MICHAEL R. BROMWICH, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have no financial, personal, or professional interests that might cause my impartiality as Apple's external compliance monitor reasonably to be questioned. Specifically, I have no relationship to the parties, attorneys, action, or court in this matter that would require disqualification of a judge under 28 U.S.C. § 455.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: January 10, 2014

Respectfully submitted,

_____
Michael R. Bromwich