```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                     Plaintiff,         :    12 Civ. 2826 (DLC)
          -v-                           :
                                        :
APPLE INC., et al.,                     :
                                        :
                     Defendants.        :    ORDER
                                        :
----------------------------------------X
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :
                     Plaintiffs,        :    12 Civ. 3394 (DLC)
          -v-                           :
                                        :
PENGUIN GROUP (USA) INC., et al.,       :
                                        :
                     Defendants.        :
                                        :
----------------------------------------X
```

1/16/14

DENISE COTE, District Judge:

This Court's ECF system being out of operation, today's Opinion and Order was emailed to the parties at 9:47 a.m., and filed as soon as possible after the ECF system became operational.  It is hereby

ORDERED that, should Apple wish to appeal, it file a notice of appeal forthwith.

SO ORDERED:

Dated:   New York, New York
         January 16, 2014

_____
DENISE COTE
United States District Judge