UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                  12 Civ. 2826 (DLC)

APPLE INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEAL

Notice is hereby given that Defendant Apple Inc. ("Apple") appeals to the United States Court of Appeals for the Second Circuit from the Order denying Apple's requested relief entered in this action by Judge Denise Cote of this Court on January 16, 2014, including the Court's denial of Apple's request to disqualify the "External Compliance Monitor," Michael Bromwich, appointed pursuant to the September 5, 2013 Plaintiff United States' Final Judgment, which is pending on appeal (*see* No. 13-3741), all of the Court's rulings adverse to Apple in its January 16, 2014 Order, and the Court's modifications to the Plaintiff United States' Final Judgment. *See United States v. Yonkers Bd. of Educ.*, 946 F.2d 180, 183 (2d Cir. 1991).

Dated:  January 16, 2014                         Respectfully submitted,


                                                    By:      /s/  Theodore J. Boutrous, Jr.

                                                     Theodore J. Boutrous, Jr. (*Pro Hac Vice*)
                                                     Daniel G. Swanson (*Pro Hac Vice*)
                                                     Gibson, Dunn & Crutcher, LLP
                                                   333 South Grand Avenue
                                                   Los Angeles, CA  90071
                                                   (213) 229-7000
                                                   dfloyd@gibsondunn.com

                                                   Cynthia E. Richman (*Pro Hac Vice*)
                                                   Gibson, Dunn & Crutcher, LLP

> 1050 Connecticut Avenue, N.W.
> Washington, DC  20036
> (202) 955-8500
> crichman@gibsondunn.com
>
> Howard E. Heiss
> Edward N. Moss
> O'Melveny & Myers LLP
> Times Square Tower
> 7 Times Square
> New York, NY  10036
> (212) 326-2000
> hheiss@omm.com
>
> *On behalf of Defendant Apple Inc.*