UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,

-v-

APPLE INC., et al.,

                        Defendants.
------------------------------------------------------------
THE STATE OF TEXAS, et al.,

                        Plaintiffs,

-v-

PENGUIN GROUP (USA) INC., et al.,

                        Defendants.
------------------------------------------------------------X

12 CIV. 2826 (DLC) (MHD)*

ORDER OF
REFERENCE TO A
<u>MAGISTRATE JUDGE</u>

12 CIV. 3394 (DLC) (MHD)*

DENISE COTE, District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| __X__ | Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | <u>Monitorship issues</u> | | Purpose: _____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
               February 19, 2014

                                                            DENISE COTE
                                                United States District Judge