```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :
UNITED STATES OF AMERICA,            :
                                     :
            Plaintiff,               :         ORDER
                                     :
       -against-                     :   12 Civ. 2826 (DLC)(MHD)
                                     :
APPLE, INC., et al.,                 :
                                     :
            Defendants.              :
------------------------------------x
THE STATE OF TEXAS, et al.,          :   12 Civ. 3394 (DLC)(MHD)
                                     :
            Plaintiffs,              :
                                     :
       -against-                     :
                                     :
PENGUIN GROUP (USA) INC., et al.,    :
                                     :
            Defendants.              :
------------------------------------x
```

2/28/14

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the conference previously scheduled for March 3, 2014 has been <u>rescheduled</u> in the above-captioned actions for **WEDNESDAY, MARCH 5, 2014, at 3:00 P.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those

parties.

Dated: New York, New York
       February 28, 2014

                              SO ORDERED.


                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today by fax to:

Lawrence E. Buterman, Esq.
U.S. Department of Justice
Fax: (202) 616-8544

Theodore J. Boutrous, Jr., Esq.
Gibson, Dunn & Crutcher, LLP
Fax: (213) 229-6804

Maria Cirincione, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
Fax: (202) 639-7003

2