```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                        :
UNITED STATES OF AMERICA,               :
                                        :
            Plaintiff,                  :        ORDER
                                        :
       -against-                        :   12 Civ. 2826 (DLC)(MHD)
                                        :
APPLE, INC., et al.,                    :
                                        :
            Defendants.                 :
---------------------------------------x
THE STATE OF TEXAS, et al.,             :   12 Civ. 3394 (DLC)(MHD)
                                        :
            Plaintiffs,                 :
                                        :
       -against-                        :
                                        :
PENGUIN GROUP (USA) INC., et al.,       :
                                        :
            Defendants.                 :
---------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned actions for **FRIDAY, MAY 9, 2014, at 2:30 P.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       May 5, 2014

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today by fax to:

Lawrence E. Buterman, Esq.
U.S. Department of Justice
Fax: (202) 616-8544

Theodore J. Boutrous, Jr., Esq.
Gibson, Dunn & Crutcher, LLP
Fax: (213) 229-6804

Maria Cirincione, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
Fax: (202) 639-7003