UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
            v.                      )   Civil Action No. 12-cv-2826 (DLC) (MHD)
                                    )
APPLE, INC., et al.,                )
                                    )
        Defendants.                 )
_____)

**MOTION TO WITHDRAW AS ATTORNEY**

      Pursuant to Local Rule 1.4, Lawrence Edward Buterman will no longer be associated with the United States Department of Justice, Antitrust Division after July 3, 2014, and respectfully requests to be removed from the Court's docket and to be discharged from all further obligations and responsibilities with respect to the above-referenced action. All other listed counsel will continue to represent the United States in this matter.

Dated: July 3, 2014

                                                          Respectfully submitted,

                                                          /s/ Lawrence Edward Buterman

                                                          Lawrence Edward Buterman
                                                          United States Department of Justice
                                                          Antitrust Division
                                                          450 Fifth Street, NW
                                                          Washington, DC 20530
                                                          (202) 532-4575
                                                          lawrence.buterman@usdoj.gov