UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLE, INC., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 12-cv-2826 (DLC) (MHD) |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 1.4, Lawrence Edward Buterman will no longer be associated with the United States Department of Justice, Antitrust Division after July 3, 2014, and respectfully requests to be removed from the Court's docket and to be discharged from all further obligations and responsibilities with respect to the above-referenced action. All other listed counsel will continue to represent the United States in this matter.

Dated: July 3, 2014



Granted.
/s/ Denise Cote
July 7, 2014

Respectfully submitted,

/s/ Lawrence Edward Buterman

Lawrence Edward Buterman
United States Department of Justice
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
(202) 532-4575
lawrence.buterman@usdoj.gov