# EXHIBIT

# "A"

**From:** "State Attorneys General and Class Apple E-book Settlement"
<Administrator@qgemail.com>
**Date:** September 11, 2014 at 1:14:17 PM CDT
**To:** dyoung@surfsolution.com
**Subject: Important Notice About Apple E-Book Settlement**
**Reply-To:** noreply@qgemail.com

## Settlement ID Number: AP00526367
# Benefits from E-books Settlement with Apple
*Para una notificación en Español, llamar o visitar nuestro website.*

Records indicate that you could be affected by two lawsuits against Apple Inc. ("Apple") about the price of electronic books ("E-books"). The Court ordered this notice and decided that these cases should proceed on behalf of two groups of people that could include you. The case is scheduled to go to trial to determine if Apple must pay any money.

### What the Apple Settlement Provides

The Apple Settlement provides for three possible outcomes, depending on the decision of an appeal of the Court's July 10, 2013 finding that Apple violated the antitrust laws ("Liability Finding"). First, if the Court's Liability Finding is upheld, Apple will pay $400 million to Eligible Consumers. Second, if the Liability Finding is sent back to the District Court for further consideration of whether Apple violated the antitrust laws, Apple will pay $50 million to Eligible Consumers. Third, if the Liability Finding is reversed, Apple will make no payments.

If Apple is required to pay Eligible Consumers under either of the first two options and if the Court approves the Apple Settlement, you will receive a credit to your iTunes account that may need to be activated. The amount of your payment, if any, will be determined based on the qualifying E-book purchases identified by Apple in your iTunes account.

### How to Receive your Benefit

If Apple is required to make a payment to Eligible Consumers, you do not need to do anything at this time to receive your credit <u>unless you change your email address.</u> (If you do change your email address, you should call 1-866-686-9333, or visit www.EbookLawsuits.com and click on the "Update Your Contact Information" link.) If the Court approves the Apple Settlement, you will receive another email letting you know how to activate your credit. Once you activate the credit, it will be applied to your account by Apple. If you bought E-books from more than one retailer, you may receive other notices with different instructions on how to receive a payment.

If Apple is required to make a payment to Eligible Consumers, you also have the option to receive a check instead of your credit. You can request a check by calling 1-866-686-9333, or going to the Apple Settlement website listed below, and clicking on the Check Request Option link **on or before October 31, 2014.** Be sure to reference the Settlement ID number found at the top of this email. Customers who received a check from the earlier E-books settlements do not have to re-submit a check request for the Apple Settlement. However, if your mailing address changes before you receive your check, please visit www.EbookLawsuits.com and click on the "Update Your Contact Information" link to update your mailing address.

### Your Other Rights

You can choose to exclude yourself from the Apple Settlement and keep your right to sue Apple on your own. If you exclude yourself, you can't receive any benefits from the Apple Settlement. Your written Exclusion Form must be postmarked **by October 31, 2014.**

If you don't exclude yourself, you can submit objections about the Apple Settlement. Your written

objections must be postmarked **by October 31, 2014.**

Please visit the Apple Settlement website below for detailed information on how to submit a valid Exclusion Form or objection.

The Court will hold a hearing on **November 21, 2014, at 2:00 p.m.** to consider whether to approve the Settlement. You or your own lawyer may ask to appear and speak at the hearing. The hearing may be moved to a different date or time without additional notice, so please check the website below for additional information.

**For more detailed information:
Call 1-866-686-9333 or Visit www.EbookLawsuits.com**