# EXHIBIT "B"

**Account Information**

Apple ID                                                                                                    Edit at appleid.apple.com

dyoung@surfsolution.com

---

Payment Information                                                                                         [ Edit ]

Billing Contact            Billing Address              **VISA** ...1532
Dianne Erwin               Dianne Erwin
727 5106013                10239 Scull Creek Dr.        Expires 06/2016
949 3509013                Austin TX 78730-1483
dyoung@surfsolution.com    **United States**

---

Shipping Information                                                                                        [ Edit ]

Shipping Address           Shipping Notifications
Dianne Erwin               dianne.erwin@gmail.com
727 5106013                727 5106013
10239 Scull Creek Dr
Austin TX 78730-1483
**United States**