UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTONIC BOOKS ANTITRUST LITIGATION | Case No. 11-md-02293 (DLC) <br> ECF Case <br><br> <u>CLASS ACTION</u> |
| This Document Relates to: <br><br> ALL ACTIONS | |

**NOTICE OF APPEAL**

Notice is hereby given that Class Member/Objector Dianne Young Erwin appeals to the United States Court of Appeals for the Second Circuit from the Order Granting Class Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses Related to Apple Settlement (Dkt. #685) entered in this action on November 21, 2014 and Final Judgment (Dkt. #684) entered in this action on November 21, 2014.  Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.  A copy of Dkt. #685 and Dkt. #684 are attached hereto. (See Exhibits "A" and "B").

Dated: December 17, 2014                    Respectfully submitted,

/s/ David Stein
David Stein
Samuel and Stein
38 West 32nd Street, Suite 1110
New York, NY  10001
Phone:  (212) 563-9884
Fax:  (212) 563-9870
Email:  dstein@samuelandstein.com

*Counsel for Objector/Class Member
Dianne Young Erwin*

PROOF OF SERVICE

I hereby certify that on this day I electronically filed this objection and its attached exhibits using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that I mailed this objection and its attached exhibits to the following addresses:

Apple E-Books Antitrust Litigation
P.O. Box 1851
Faribault, Minnesota 55021-1899

Office of the Attorney General of Texas
Chief, Antitrust Section
300 W. 15th St., 7th Floor
Austin, Texas 78701

Office of the Attorney General of Connecticut
Chief, Antitrust Section
55 Elm Street
P.O. Box 120
Hartford, Connecticut 43215-3428

Jeff D. Friedman
Gagens Berman Sobol Shapiro LLP
715 Hears Avenue, Suite 202
Berkeley, California 94710

Gail E. Lees
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071

DATED this 17th day of December, 2014

/s/ David Stein